1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10

11

12  J & J Sports Productions, Inc.,          CASE NO. CV 09-1215 MCE KJN

13                       Plaintiff,          STIPULATION OF DISMISSAL OF
                                             PLAINTIFF'S COMPLAINT;
14                                           ORDER
                     vs.
15

16  Brenda Sue Kolodziej, et al.,

17                       Defendant.

18

19       **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS

20  PRODUCTIONS, INC. and Defendant BRENDA SUE KOLODZIEJ, individually and

21  d/b/a HARVEYS TAVERN, that the above-entitled action is hereby dismissed **without**

22  **prejudice** against BRENDA SUE KOLODZIEJ, individually and d/b/a HARVEYS

23  TAVERN and subject to the Court's jurisdiction to enforce the settlement agreement

24  reached between the Parties.

25  ///

26

27  ///

28  ///

STIPULATION OF DISMISSAL
CV 09-1215 MCE KJN
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 12, 2010          s/ Thomas P. Riley
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By:  Thomas P. Riley
                      `           Attorneys for Plaintiff
                                  J & J SPORTS PRODUCTIONS, INC.

Dated: February 27, 2010          s/ Brenda Sue Kolodziej
                                  **BRENDA SUE KOLODZIEJ**
                                  individually and d/b/a
                                  HARVEYS TAVERN
                                  Defendant

### ORDER

**IT IS SO ORDERED**.  The Clerk of Court is hereby directed to close the file.

Dated:  March 9, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**CV 09-1215 MCE KJN**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com